```
                    United States Bankruptcy Court
                        District of Puerto Rico
```

In re:                                                          Case No. 07-03290-ESL
JUAN M CASTRO OCASIO                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0104-3    User: davilap           Page 1 of 1           Date Rcvd: Apr 29, 2011
                        Form ID: pdf002         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2011.
db      JUAN M CASTRO OCASIO,   EXT VILLA DEL CARMEN,   CASA J 6,   CAMUY, PR   00627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 01, 2011**                            **Signature:** _/s/ Joseph Speetjens_

```
                IN THE UNITED STATES BANKRUPTCY COURT FOR
                        THE DISTRICT OF PUERTO RICO
```

| IN RE: | |
|---|---|
| | CASE NO. 07-03290 ESL |
| JUAN M CASTRO OCASIO | Chapter 13 |
| | |
| XXX-XX-7984 | |
| | **FILED & ENTERED ON 04/29/2011** |
| Debtor(s) | |

### ORDER CONFIRMING AMENDED PLAN

This case is before the Court on debtor(s)' motion under 11 USC §1329 to confirm the amended plan dated 03/18/2011 (docket entry # 27). It appearing that due notice was given and that there are no objections, the Court hereby grants debtor(s)' motion.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 29 day of April, 2011.

*/s/ Enrique S. Lamoutte*

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: DEBTOR(S)
    JAIME RODRIGUEZ-PEREZ
    JOSE RAMON CARRION MORALES