```
                         United States Bankruptcy Court
                             District of Puerto Rico
In re:                                                              Case No. 07-03290-ESL
JUAN M CASTRO OCASIO                                                Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0104-3        User: davilap             Page 1 of 1         Date Rcvd: May 12, 2011
                            Form ID: pdf002           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2011.
 db        JUAN M CASTRO OCASIO,   EXT VILLA DEL CARMEN,   CASA J 6,   CAMUY, PR   00627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                    TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 14, 2011**                                          **Signature:** _/s/ Joseph Speetjens_

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

JUAN M CASTRO OCASIO

XXX-XX-7984

　　　　Debtor(s)

CASE NO. 07-03290 ESL
Chapter 13

**FILED & ENTERED ON 05/12/2011**

## O R D E R

The application for allowance of compensation filed by Jaime Rodriguez Perez in the amount of $588.00 (docket #35), having been duly notified to all parties in interest, and no timely replies or objections having been filed, it is now

ORDERED that said motion be and is hereby granted.

San Juan, Puerto Rico, this 12 day of May, 2011.

　　　　　　　　　　　　　　　　　　　　*Lamoutte*
　　　　　　　　　　　　　　　　Enrique S. Lamoutte Inclan
　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge

CC:　DEBTOR
　　　JAIME RODRIGUEZ-PEREZ
　　　JOSE RAMON CARRION MORALES
　　　US TRUSTEE
　　　FINANCE DEPT.